**SODW**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
*l.brandon@moranlawfirm.com*
Attorney for Defendant,
NEW ALBERTSONS, INC.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CAROL HENDERSON,

     Plaintiff,

v.

NEW ALBERTSONS, INC., a Delaware
corporation, DOES I through X,
inclusive,

     Defendants.

CASE NO.: 2:11-cv-00439-KJD -CWH

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING
### PARTIES

     IT IS HEREBY STIPULATED AND AGREED TO by the undersigned

that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

///

**MORAN LAW FIRM LLC**
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

1

parties, each party bear their respective fees and costs incurred.

DATED this 8th day of December, 2011.

**COHEN, JOHNSON & DAY**              **MORAN LAW FIRM, LLC**


/s/ Steven Day, Esq.                          /s/ Lew Brandon, Jr., Esq.
**STEVEN DAY, ESQ.**                        **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 3708                        Nevada Bar No. 5880
1060 Wigwam Parkway                       630 S. Fourth Street
Henderson, Nevada 89074                    Las Vegas, Nevada 89101
*sday@cohenjohnsonday.com*                 *l.brandon@moranlawfirm.com*
Attorney for Plaintiff,                        Attorney for Defendant,
CAROL HENDERSON                          NEW ALBERTSONS, INC.


**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this __13__ day of __December__, 2011.

_____
**UNITED STATES** DISTRICT JUDGE

*Respectfully Submitted:*
**MORAN LAW FIRM, LLC**


/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant,
NEW ALBERTSONS, INC.



MORAN LAW FIRM LLC
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568